**AO 450 (Rev. 5/85) Judgment in a Civil Case**

# United States District Court
## Southern District of Ohio

**Rick Minnich,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

        v.

Case Number: 2:06-cv-87
Judge Smith
Magistrate Judge Abel

**State of Ohio,**

        **Defendant,**

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[ X ]     Decision by Court.   This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED

    Pursuant to and Order dated December 18, 2006, the court ADOPTS the Report and Recommendation.  Case DISMISSED.

| | |
|---|---|
| **December 18, 2006** |   s/JAMES BONINI |
| **Date** | **Clerk** |
| | |
| | *s/Lisa V. Wright* |
| | **(By) Deputy Clerk** |